No. 489. DURLEY *v.* MAYO, PRISON CUSTODIAN. Certiorari, 350 U. S. 872, to the Supreme Court of Florida. It is ordered that *Neal Rutledge, Esquire,* of Miami, Florida, be appointed to serve as counsel for the petitioner in this case.

No. 439. JOSLYN *v.* FISHER. C. A. 7th Cir. Certiorari denied. Motion for damages also denied. *Alvin Glen Hubbard* for petitioner. *Gerald G. Barry* for respondent.

No. 442. COLE *v.* YOUNG ET AL., MEMBERS OF THE U. S. CIVIL SERVICE COMMISSION, ET AL. United States Court of Appeals for the District of Columbia Circuit. Folsom, present Secretary of Health, Education, and Welfare, substituted for Hobby, resigned. Certiorari granted. *Osmond K. Fraenkel, David I. Shapiro* and *James H. Heller* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Burger* and *Paul A. Sweeney* for respondents.

No. 377. EASTERN SUGAR ASSOCIATES (A TRUST) *v.* PEÑA. C. A. 1st Cir. Certiorari denied. *Earle T. Fiddler* for petitioner.

No. 405. GRIMES & HAUER, INC. *v.* POLLOCK ET AL. Supreme Court of Ohio. Certiorari denied. *Welles K. Stanley* for petitioner. *Mortimer Riemer* for respondents.

No. 426. NORTHERN FUR CO., INC. ET AL. *v.* MINNEAPOLIS, ST. PAUL & SAULT STE. MARIE RAILWAY CO. ET AL.

C. A. 7th Cir. Certiorari denied. *John M. Aherne* for petitioners. *R. J. Fletcher* for respondents.

No. 427. A/S J. LUDWIG MOWINCKELS REDERI *v.* AMADOR ET AL. C. A. 2d Cir. Certiorari denied. *James M. Estabrook* and *Francis X. Byrn* for petitioner. *Philip F. Di Costanzo* and *Robert Klonsky* for Amador, respondent.

No. 428. CADILLAC PUBLISHING CO., INC. *v.* SUMMERFIELD, POSTMASTER GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Horace J. Donnelly, Jr.* and *Arthur V. Sullivan, Jr.* for petitioner. Solicitor General *Sobeloff,* Assistant Attorney General *Burger* and *Paul A. Sweeney* for respondent.

No. 429. CENEDELLA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner *pro se.* Solicitor General *Sobeloff,* Assistant Attorney General *Holland* and *Joseph M. Howard* for the United States.

No. 431. MORRIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se.* Solicitor General *Sobeloff,* Assistant Attorney General *Olney, Beatrice Rosenberg* and *Isabelle R. Cappello* for the United States.

No. 432. BREWER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *David H. Cannon* for petitioner. Solicitor General *Sobeloff,* Assistant Attorney General *Olney* and *Beatrice Rosenberg* for the United States.